## Shapiro Estate.

Argued March 22, 1962.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

reargument refused May 4, 1962.

*Clara Shapiro,* appellant, in propria persona, submitted a brief.

*Theodore H. Schmidt,* for appellee.

OPINION PER CURIAM, April 17, 1962:
Appellant, who was a daughter of testatrix, raises objections (a) as to the validity of a decree compelling her to pay a monthly rental, and (b) as to the validity of a partition proceeding and the sale of real estate thereunder, and (c) as to many other matters of less importance.

We have considered all of appellant's contentions and find no merit in any of them.

Decree affirmed, each party to pay own costs.